**1**

**A. L. FORD, Appellant, v. J. G. CHRISTIAN et al.**

Circuit Court of Appeals, Eighth Circuit.
March 29, 1927.

No. 7742.

Appeal from the District Court of the United States for the Western District of Arkansas.

J. K. Mahony, H. S. Yocum, J. N. Saye, and W. T. Saye, all of El Dorado, Ark., for appellant.

J. E. Harris, Pat McNalley, and Jordan Sellers, all of El Dorado, Ark., for appellees.

PER CURIAM. Appeal dismissed, at costs of appellant, per stipulation of parties.

---

**2**

**William FOWLER, Plaintiff in Error, v. UNITED STATES.**

Circuit Court of Appeals, Eighth Circuit.
September 14, 1927.

No. 7963.

In Error to the District Court of the United States for the District of Utah.

Vere L. McCarthy, of Salt Lake City, Utah, for plaintiff in error.

Charles M. Morris, U. S. Atty., of Salt Lake City, Utah.

PER CURIAM. Writ of error docketed and dismissed, on motion of defendant in error, under rule 16.

---

**3**

**Edith FOX, Plaintiff in Error, v. UNITED STATES.**

Circuit Court of Appeals, Eighth Circuit.
February 12, 1927.

No. 7748.

In Error to the District Court of the United States for the Northern District of Oklahoma.

J. C. Cornett, of Pawhuska, Okl., for plaintiff in error.

John M. Goldesberry, U. S. Atty., of Tulsa, Okl.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.

---

**4**

**Percy GALE, Plaintiff in Error, v. UNITED STATES.**

Circuit Court of Appeals, Eighth Circuit.
March 22, 1927.

No. 7790.

In Error to the District Court of the United States for the Western District of Missouri.

Ira B. McLaughlin, of Kansas City, Mo., for plaintiff in error.

Roscoe C. Patterson, U. S. Atty., of Kansas City, Mo.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, per stipulation of parties.